# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

| | |
|---|---|
| **ASHER BRONSTIN, et. al.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:26-cv-00970 |
| ) | |
| ) | |
| **IXONIA BANK d/b/a NOVUS HOME MORTGAGE** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Ester Milchtein, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to IXONIA BANK in Milwaukee County, WI on June 2, 2026 at 11:04 am at 611 E Wisconsin Ave, Ste 101, Milwaukee, WI 53202-4695 by leaving the following documents with Jamie Bang who as Relationship Banker is authorized by appointment or by law to receive service of process for IXONIA BANK.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Jamie Bang stated that they was authorized to accept service.
Race: Asian, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.0387727452,-87.9040065434
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Milwaukee County ,

WI on 6/3/2026 .

/s/ *Ester Milchtein*

Signature
Ester Milchtein
+1 (414) 736-5534

Exhibit 1a)

