**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ASHER BRONSTIN, on behalf himself and all others similarly situated, | No. 2:26-cv-00970-WED |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| IXONIA BANK d/b/a NOVUS HOME MORTGAGE, Defendant. | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED EXPEDITED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

This matter, coming to be heard on "Defendant's Unopposed Expedited Motion for Extension of Time to Answer, Move, or Otherwise Respond to Complaint" ("Motion") filed on June 18, 2026, due notice having been given, the Court being fully apprised in the premises thereof, the parties being in agreement, and for good cause shown, IT IS HEREBY ORDERED that (1) the Motion is GRANTED for all the reasons stated therein; and (2) Defendant shall have until on or before July 23, 2026 to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1).

SO ORDERED THIS __ DAY OF JUNE, 2026

By:_____
      Hon. William E. Duffin
      United States Magistrate Judge