**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ASHER BRONSTIN, on behalf himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>IXONIA BANK d/b/a NOVUS HOME MORTGAGE,<br>          Defendant. | No. 2:26-cv-00970-WED<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant IXONIA BANK d/b/a NOVUS HOME MORTGAGE ("Defendant"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Civil L. R. 7.1, respectfully discloses that (i) Ixonia Bank is a Wisconsin state-chartered bank, and Novus Home Mortgage is a division of Ixonia Bank; (ii) Ixonia Bank's parent company is Ixonia Bancshares, Inc., a privately held bank holding company, with no parent company; and (iii) no publicly held corporation owns 10% or more of its stock.

Dated: June 18, 2026

Respectfully Submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Samantha J. Katze*

Samantha J. Katze
John W. McGuinness*
A. Paul Heeringa*
7 Times Square
New York, NY 10036
Tel: 212.790.4579
skatze@manatt.com

*Counsel for Defendant*

*\*Admission to be requested*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document (including any attached exhibits and documents) to be filed electronically on the Court's CM/ECF docket on June 18, 2026 which served same electronically upon all counsel of record.

By: */s/ Samantha Katze*