**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ASHER BRONSTIN, on behalf himself and all others similarly situated, | No. 2:26-cv-00970-BHL |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| IXONIA BANK d/b/a NOVUS HOME MORTGAGE, Defendant. | |

**NOTICE OF APPEARANCE FOR A. PAUL HEERINGA**
**ON BEHALF OF DEFENDANT**

The undersigned counsel, A. Paul Heeringa of Manatt, Phelps & Phillips, LLP, hereby

enters an appearance on behalf of the Defendant, Ixonia Bank d/b/a Novus Home Mortgage, in the

above-captioned matter.

Dated: July 23, 2026

Respectfully submitted,

By: /s/ A. Paul Heeringa

A. Paul Heeringa
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin St., Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6308
Email: pheeringa@manatt.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 23, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *A. Paul Heeringa*
A. Paul Heeringa